AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| 5:11-MJ-081 | **Return** | |
|---|---|---|
| Case No.:<br>324-777-6468-S | Date and time warrant executed:<br>10/17/11   1030AM | Copy of warrant and inventory left with:<br>Jeff Gunselman / Signature Aviation |
| Inventory made in the presence of :<br>Signature Aviation, SA Sean McCleskey, SA Cade Allison | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>(1) 2011 Cadillac Escalade, VIN  1GYS4DEF1BR378760.<br><br>CLERK US DISTRICT COURT<br>NORTHERN DIST. OF TX<br>FILED<br><br>2011 OCT 26  AM 11: 43<br><br>DEPUTY CLERK _____ | | |
| **Certification** | | |
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date:  10/24/11<br><br>_____<br>*Executing officer's signature*<br><br>Michael J. Fiveash, Special Agent<br>*Printed name and title* | | |

# United States District Court

_____NORTHERN_____ DISTRICT OF _____TEXAS_____

In the Matter of the Seizure of

2011 Cadillac Escalade, VIN
1GYS4DEF1BR378760.

## SEIZURE WARRANT

CASE NUMBER: 5-11MJ0081

To: __Michael Fiveash, Special Agent, USSS__   and any Authorized Officer of the United States

Affidavit(s) having been made before me by S/A Michael Fiveash who has reason to believe that in the Northern District of Texas there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

2011 Cadillac Escalade, VIN 1GYS4DEF1BR378760.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant pursuant to 18 U.S.C. § 981(b), 21 U.S.C. § 853(f), and 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M. and leaving a copy of this warrant and receipt for the property seized, prepare a written inventory of the property seized, and promptly return this warrant to Nancy M. Koenig, United States Magistrate Judge, as required by law.

October 14, 2011 at 2:15 pm
Date and Time Issued

at ___Lubbock, Texas___
City and State

NANCY M. KOENIG
United States Magistrate Judge

Signature of Judicial Officer